IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

**NORBERTO MEDINA-RODRIGUEZ,**

Petitioner,

v.                                                                           CASE NO. 16-2580 (GAG)

**PANADERIA FLOR DE ASTURIAS, INC.,** et al,

Respondent.

## JUDGMENT

As per Plaintiff's notice of voluntary dismissal pursuant to FED.R.CIV.P. 41(a)(1)(A)(i) at Docket No. 8, judgment is hereby entered **DISMISSING with prejudice** the instant action against all defendants. Each party shall bear its own costs and fees.

S O ORDERED.

In San Juan, Puerto Rico this 21st day of November, 2016.

*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
UNITED STATES DISTRICT JUDGE